Shelia Caison
6804 East Second, Street #7
Scottsdale, Arizona, 85251
480-990-1138
Plaintiff in Pro Se

```
           FILED      LODGED
           RECEIVED   COPY

             JUL 1 1 2013

         CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
         BY_____P DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Shelia Caison,                    Case No:

    Plaintiff

vs.                               COMPLAINT       CV-13-1390-PHX-ROS

Devereux Foundation

### Jurisdiction

1. This court has federal-question jurisdiction under 28 U.S.C. & 1331.

2. The District Courts have jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

### Complaint

3. This court has jurisdiction under 28 U.S.C. & 1331. Federal question jurisdiction arises pursuant to 42 U.S.C. & 1983. Civil action for deprivations of rights.

4. Plaintiff Shelia Caison resides at 6804 E. Second Street, Scottsdale, AZ 85251.

5. Defendant Devereux Foundation resides at 1100 North Scottsdale Road, Suite 260 Scottsdale, AZ 85254.

- 2 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

Case No:

6. Devereux Foundation violated plaintiff's Constitutional rights, Privileges and immunities secured by the Constitution of the United States. By trying to force plaintiff to work in an unsafe and dangerous working environment. Knowing that plaintiff has medical documentation from an Orthopedic Adult Reconstructive Surgeon, that after two knee surgeries plaintiff can no longer participate or physically help in any restraints required of plaintiff's job responsibilities.

7. Devereux Foundation violated the Americans with Disabilities Act of 1990. By not providing Reasonable Accommodations to Plaintiff a qualified employee of thirteen years, after being injured on the job in a compensable industrial accident.

8. Devereux Foundation willfully and intentionally inflicted severe emotional distress on plaintiff. Defendant acted without reasonable caution when trying to force plaintiff to work in an unsafe and dangerous working environment. The defendant failed to act with the prudence that a reasonable person would exercise under the same circumstances. The defendant continued to inflict emotional stress on plaintiff by having Human Resource Director, Michelle Marion call plaintiff speaking in a sarcastic manner taunting plaintiff, by asking Plaintiff, " What are you going to do now that you don't have your Workman Compensation and we are not going to let you work light duty?"

Case No:

9. Devereux Foundation caused plaintiff to suffer financial hardships by taking plaintiff off medical leave and placing plaintiff on administration leave. Plaintiff continues to suffer from her fall on the job. Plaintiff is unable to continue to work in her previous capacity. Because of the lingering results of that injury. Despite plaintiff's multiple requests to return to work in an administrative capacity, Devereux Foundation refused to provide either modified work conditions or to terminate plaintiff. Which has caused plaintiff to be without any income for several months, and plaintiff continues to suffer both physical pain and mental stress as plaintiff's financial burdens mount.

### Demand

WHEREFORE, the plaintiff request:

10. Plaintiff has been an employee of Devereux Foundation for thirteen years and had planned on retiring in seven years with the Devereux Foundation with full benefits. Plaintiff has suffered from lost wages and the shortfall in plaintiff retirement savings because of plaintiff's unplanned and unanticipated separation from employment.

11. Compensatory damages, including general and special damages, According to proof.

12. Any further relief which the court may deem appropriate.

Dated: July 11, 2013

Shelia Caison
Shelia Caison
6804 E. Second Street #7
480-990-1138

- 4 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)